# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SIR ARTHUR CARRINGTON-FIELDS | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) Case No. 4:15-cr-00204-JM-05<br>) USM No. 29309-009<br>) Lott Rolfe, IV<br>) _____<br>) Defendant's Attorney |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 06 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1 - 9    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Failure to refrain from the unlawful use of a controlled substance | 04/17/2018 |
| 2 - Standard (1) | Leaving the judicial district without permission | 10/01/2018 |
| 3 - Standard (2) | Failure to report to the probation officer as directed | 05/17/2018 |
| 4 - Standard (5) | Failure to maintain employment | 03/31/2018 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4796

Defendant's Year of Birth: 1995

City and State of Defendant's Residence:
Unknown

02/06/2020
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR, U.S. DISTRICT JUDGE
Name and Title of Judge

2/6/20
Date

DEFENDANT: SIR ARTHUR CARRINGTON-FIELDS
CASE NUMBER: 4:15-cr-00204-JM-05

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (6) | Failure to notify probation officer at least 10 days prior to address change. | 06/20/2018 |
| 6 - Standard (7) | Failure to refrain from the use of any controlled substance. | 06/20/2018 |
| 7 - Special (14) | Failure to participate in substance abuse treatment program as directed. | 05/25/2018 |
| 8 - Special (15) | Failure to participate in a mental health program as directed. | 05/21/2018 |
| 9 - Special | Failure to pay special assessment as ordered. | 03/13/2017 |

DEFENDANT: SIR ARTHUR CARRINGTON-FIELDS
CASE NUMBER: 4:15-cr-00204-JM-05

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
TWELVE (12) MONTHS with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment and mental health counseling.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL